# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOISES NIETO,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>WARDEN GORDON, et al,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00291-JLT (PC)<br><br>**ORDER LIFTING STAY**<br><br>(Doc. 30) |

Defendants has opted out of the Court's Post-Screening ADR Project. (Doc. 34.) Accordingly, the Court ORDERS:

1. The stay is **LIFTED**; and
2. The Clerk of the Court is directed to issue a Discovery and Scheduling Order.

IT IS SO ORDERED.

　　Dated: __**June 21, 2021**__　　　　　___ /s/ Jennifer L. Thurston
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES MAGISTRATE JUDGE

1