UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. NIETO,<br><br>        Plaintiff,<br><br>    v.<br><br>YORK, et al.,<br><br>        Defendants. | Case No. 1:20-cv-00291-JLT (PC)<br><br>**ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER**<br><br>(Doc. 43)<br><br>Discovery Cut-Off Date−11/21/2021<br>Dispositive Motion Deadline−01/21/2022 |

    Defendants filed a motion seeking modification of the Court's discovery and scheduling order (Doc. 36) to extend the discovery and dispositive motion deadlines. (Doc. 43.) Defendants state that they were unable to complete the deposition of Plaintiff on November 12, 2021, because the court reporter was unable to record the testimony. Additionally, defense counsel will retire on December 1, 2021. Thus, replacement counsel will need additional time to complete discovery and to file dispositive motions. Thus, the Court **GRANTS** Defendant's motion to modify the discovery and scheduling order by 90 days. (Doc. 43.) Accordingly, the discovery cut-off date is extended to **February 21, 2022**, and the dispositive motion deadline is extended to **April 21, 2022**.

IT IS SO ORDERED.

    Dated:   **November 22, 2021**           **/s/ Jennifer L. Thurston**
                                                                       CHIEF UNITED STATES MAGISTRATE JUDGE