UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. NIETO,<br><br>             Plaintiff,<br><br>        v.<br><br>YORK, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00291-BAK (GSA) (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO MODIFY DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 49)<br><br>Dispositive Motion Deadline–**06/10/2022** |

Defendants filed a motion seeking modification of the Court's discovery and scheduling order (ECF No. 44) to extend the dispositive motion deadline by fifty days. (ECF No. 49.) Defendants state that they require additional time to obtain declarations and documents required in support of their summary judgment motion. Plaintiff will not be prejudiced by the extension.[1]

Upon good cause shown, the Court **GRANTS** Defendants' motion to modify the discovery and scheduling order. The dispositive motion deadline is extended to **June 10, 2022**.

IT IS SO ORDERED.

   Dated:   **April 18, 2022**                    **/s/ Gary S. Austin**
                                         UNITED STATES MAGISTRATE JUDGE

---

[1] On February 7, 2022, the Court entered an order denying Plaintiff's motion to appoint counsel. (ECF No. 48.) Plaintiff was served with the Order the same day. However, on February 17, 2022, the order was returned as undeliverable, refused, and unable to forward. Under Local Rule 183(b), Plaintiff is required to notify the Court and opposing parties of his current address within sixty-three days, or by April 21, 2022.