# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. NIETO,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>YORK, et al.,<br><br>　　　　　Defendants. | **Case No. 1:20-cv-00291-BAK (GSA) (PC)**<br><br>**ORDER FOR CLERK TO RANDOMLY ASSIGN A UNITED STATES DISTRICT JUDGE TO THIS CASE**<br><br>**AND**<br><br>**ORDER TO FILE RESPONSE TO MOTION FOR SUMMARY JUDGMENT (ECF No. 52.)**<br><br>**THIRTY (30) DAY DEADLINE** |

On June 8, 2022, Defendants Baeza, Diaz-Navarro, Gonzalez, James, Marchesse, Rivero, Vargas, Vera, and York filed a motion for summary judgment. (ECF No. 52.) Despite Defendant's notice of motion and *Rand* warning, Plaintiff has failed to file a response.

Local Rule 260(b) sets forth the procedure for opposing a motion for summary judgment:

> Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial.

L.R. 260(b). More generally, "[a] responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect . . . ." L.R. 230(c).

///

Accordingly, it is **HEREBY ORDERED** that:

1. Within **thirty (30) days** from the date of service of this order, Plaintiff shall file an opposition or a notice of non-opposition in response to Defendants' motion for summary judgment. If Plaintiff fails to comply, the Court will issue findings and recommendations considering the motion as unopposed.

2. The Clerk of Court is directed to assign a district judge to this case.

IT IS SO ORDERED.

Dated:   **July 21, 2022**                              **/s/ Gary S. Austin**
                                                                         UNITED STATES MAGISTRATE JUDGE