UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MOISES NIETO,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>YORK, et al.,<br><br>　　　　　　Defendants. | Case No. 1:20-cv-00291-JLT-BAK (GSA) (PC)<br><br>**ORDER DIRECTING PLAINTIFF TO RESPOND TO MOTION FOR SUMMARY JUDGMENT**<br><br>(ECF No. 52)<br><br>**THIRTY (30) DAY DEADLINE** |

On June 8, 2022, Defendants filed a motion for summary judgment. (ECF No. 52.) Despite Defendants' notice of motion and *Rand* warning, Plaintiff has failed to file a response.

Local Rule 260(b) sets forth the procedure for opposing a motion for summary judgment:

> Any party opposing a motion for summary judgment or summary adjudication shall reproduce the itemized facts in the Statement of Undisputed Facts and admit those facts that are undisputed and deny those that are disputed, including with each denial a citation to the particular portions of any pleading, affidavit, deposition, interrogatory answer, admission, or other document relied upon in support of that denial.

L.R. 260(b). More generally, "[a] responding party who has no opposition to the granting of the motion shall serve and file a statement to that effect . . . ." L.R. 230(c).

Based on the foregoing, Plaintiff is DIRECTED to file, **within thirty (30) days** from the date of service of this order, an opposition or notice of non-opposition in response to Defendants'

motion for summary judgment.  If Plaintiff fails to comply, the Court will issue findings and recommendations determining the motion without further notice to or input from Plaintiff.

IT IS SO ORDERED.

    Dated:   **August 17, 2022**                  **/s/ Gary S. Austin**
                                                            UNITED STATES MAGISTRATE JUDGE